ACCEPTED
01-14-00280-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/5/2015 3:40:18 PM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00280-CR

In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

1/5/2015 3:40:18 PM

CHRISTOPHER A. PRINE
Clerk

————————◆————————

## No. 1376587
In the 262nd Criminal District Court
Of Harris County, Texas

————————◆————————

LOUIS STREDIC
*Appellant*

v.

THE STATE OF TEXAS
*Appellee*

————————◆————————

STATE'S SECOND MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

————————◆————————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in this case, and, in support thereof, presents the following:

1. In the 262nd Criminal District Court of Harris County, Texas, in cause number 1376587, appellant was convicted of robbery in *The State of Texas v. Louis Stredic*.

2. On March 13, 2014, the trial court sentenced appellant to confinement in the Texas Department of Criminal Justice, Correctional Institutions Division, for fifty years.

3. On March 13, 2014, appellant timely written notice of appeal.

4. Appellant filed his appellate brief with this Court on November 2, 2014.

5. The State's appellate brief is due on January 5, 2015.

6. This is the State's second request for an extension.

7. An extension of time in which to file the State's appellate brief is requested until February 5, 2015.

8. The facts relied upon to explain the need for this extension are:

   During the time in which the undersigned attorney has been researching and preparing the State's appellate brief for this case, she was also researching and preparing the State's appellate briefs in the following cases assigned that are also to her:

   i. *William Johnson v. State of Texas*; No. 14-14-00475-CR

   ii. *Ex parte Vidal Reyes*; No. 14-14-00440-CR

   iii. *Ana Trujillo v. State of Texas*; No. 01-14-00397-CR

   iv. *Ex parte Riku Melartin*; No. 14-14-00926-CR

v. *Jacinto Urapo v. State of Texas*; No. 14-14-00752-CR

Consequently, the undersigned attorney has been unable to complete the State's reply brief in this case in the time permitted despite due diligence, and the requested extension of time is necessary to permit the undersigned attorney to adequately investigate, complete, and file the State's appellate brief for this cause.

9. The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant an extension of time until February 5, 2015, for the undersigned attorney to complete and file the State's appellate brief in this case.

Respectfully submitted,


      **/s/** Melissa Hervey

**MELISSA P. HERVEY**
Assistant District Attorney
Harris County, Texas
State Bar No. 24053741
1201 Franklin Street, Suite 600
Houston, Texas  77002
Telephone (713) 755-5826
Fax (713) 755-5809
Hervey_Melissa@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that the undersigned counsel has directed the e-filing system eFile.TXCourts.gov to serve a true and correct copy of the foregoing document upon Cynthia Henley, appellant's attorney of record on appeal, on January 5, 2015, at the following e-mail address, through the electronic service system provided by eFile.TXCourts.gov:

cynthiahenley@yahoo.com


/s/ Melissa Hervey

**MELISSA P. HERVEY**
Assistant District Attorney
Harris County, Texas
State Bar Number:  24053741
1201 Franklin Street, Suite 600
Houston, Texas  77002
Telephone (713) 755-5826
Fax (713) 755-5809
Hervey_Melissa@dao.hctx.net